UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | | |
|---|---|---|
| LATARI MONIQUE JACKSON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Nos. 2:14-CR-048 2:15-CV-275 |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**O R D E R**

This Court referred this matter to the United States Magistrate Judge Clifton L. Corker for consideration of and recommended disposition on the issue of whether Defendant was entitled to relief based on her allegation in her 28 U.S.C. § 2255 motion that her trial counsel failed to perfect an appeal after she specifically requested him to do so [Doc. 110]. On September 13, 2016, Judge Corker issued his report and recommendation in which he recommended that the Court deny Jackson's motion, finding that she did not specifically request her counsel to file an appeal of the judgment in her case.

The Court has received and considered the report of the United States Magistrate Judge, along with the record and pleadings. No party has filed objections to the magistrate judge's report. Indeed, Jackson has filed a Notice of No Objections to the Report and Recommendation [Doc. 139]. After a thorough review of the Report and Recommendation [Doc. 134], the Court accepts and adopts the Report and its Recommendations as the judgment of the Court. This resolves all issues except for those for which this Court has

entered a stay [Doc. 138].

       SO ORDERED:

                                                       s/R. Leon Jordan
                                                       United States District Judge